IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Rule, Earnestine

Printed: 01/22/09

Case Number:  05 B 39485
Judge: Hollis, Pamela S
Filed:  9/22/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 31, 2008
Confirmed: November 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 21,929.84 |  |
| Secured: |  | 14,935.23 |
| Unsecured: |  | 2,774.20 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,190.57 |
| Other Funds: |  | 329.84 |
| Totals: | 21,929.84 | 21,929.84 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Dell Financial Services, Inc | Secured | 328.63 | 328.63 |
| 3. | Triad Financial Services | Secured | 14,606.60 | 14,606.60 |
| 4. | Portfolio Recovery Associates | Unsecured | 101.95 | 331.59 |
| 5. | Pulmonary & Critcare Medical | Unsecured | 0.64 | 2.08 |
| 6. | Premium Marketing Systems Inc | Unsecured | 30.00 | 97.57 |
| 7. | RoundUp Funding LLC | Unsecured | 30.92 | 100.57 |
| 8. | Resurgent Capital Services | Unsecured | 135.96 | 442.23 |
| 9. | Resurgent Capital Services | Unsecured | 148.75 | 483.82 |
| 10. | Triad Financial Services | Unsecured | 294.57 | 958.16 |
| 11. | Charming Shoppes-Fashion Bug | Unsecured | 110.12 | 358.18 |
| 12. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 13. | SBC | Unsecured |  | No Claim Filed |
| 14. | Christ Hospital | Unsecured |  | No Claim Filed |
| 15. | Citgo Petroleum Corp | Unsecured |  | No Claim Filed |
| 16. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 17. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 18. | Mount Greenwood Dental Clinic | Unsecured |  | No Claim Filed |
| 19. | Phillips 66 | Unsecured |  | No Claim Filed |
| 20. | Radiological Physicians | Unsecured |  | No Claim Filed |
| 21. | Value City | Unsecured |  | No Claim Filed |
|  |  |  | $ 18,488.14 | $ 20,409.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Rule, Earnestine

Printed: 01/22/09

Case Number:  05 B 39485
Judge:  Hollis, Pamela S
Filed:  9/22/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 291.93 |
| 5% | 68.62 |
| 4.8% | 199.94 |
| 5.4% | 343.75 |
| 6.5% | 216.64 |
| 6.6% | 69.69 |
|  | $ 1,190.57 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

